# Court of Appeals
# of the State of Georgia

ATLANTA, November 09, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0481.    LALITA D. RAMCHARAN v. FEDERAL NATIONAL MORTGAGE ASSOCIATION et al.**

This case originated as a dispossessory proceeding in magistrate court. After an adverse ruling, defendant Lalita D. Ramcharan appealed the magistrate court's decision to the superior court. The superior court subsequently granted summary judgment to the plaintiff and entered a writ of possession in the plaintiff's favor. Ramcharan then appealed directly to this Court.

We lack jurisdiction. Because the order at issue disposes of a de novo appeal from a magistrate court decision, Ramcharan was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, 11/09/2012
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*